# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————————

No. 19-20327
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

OMAR HERNANDEZ LOZANO,

Defendant-Appellant

————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CR-598-1

————————

Before CLEMENT, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:[*]

Omar Hernandez Lozano appeals his conviction for illegal reentry into the United States after removal subsequent to a felony conviction, in violation of 8 U.S.C. § 1326.  He challenges the district court's denial of his motion to dismiss the indictment as invalid, arguing that his initial removal order was void because the notice to appear in the removal proceedings failed to specify a date and time for his removal hearing.  He concedes that this challenge is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-20327

foreclosed by *United States v. Pedroza-Rocha*, 933 F.3d 490, 496-98 (5th Cir. 2019), *petition for cert. filed* (U.S. Nov. 6, 2019) (No. 19-6588), and *Pierre-Paul v. Barr*, 930 F.3d 684, 689-93 (5th Cir. 2019), *petition for cert. filed* (U.S. Dec. 16, 2019) (No. 19-779), but he wishes to preserve it for further review.  The Government has filed an unopposed motion for summary affirmance, agreeing that the issue is foreclosed under *Pedroza-Rocha* and *Pierre-Paul*.

Summary affirmance is appropriate if "the position of one of the parties is clearly right as a matter of law so that there can be no substantial question as to the outcome of the case." *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).  In *Pedroza-Rocha*, 933 F.3d at 496-98, this court applied *Pierre-Paul* to conclude that the notice to appear was not deficient for failing to specify a date and time for the hearing, that any such alleged deficiency had not deprived the immigration court of jurisdiction, and that Pedroza-Rocha could not collaterally attack his notice to appear without first exhausting his administrative remedies.  Thus, as Hernandez Lozano concedes, his arguments are foreclosed.  *See id.*  Accordingly, the Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED as unnecessary, and the judgment of the district court is AFFIRMED.